UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY HAMILTON, CDCR #T-61263,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendant. | Case No.: 21CV2032-CAB-AHG<br><br>**ORDER DENYING AS MOOT REQUEST FOR SUMMONS [Doc. No. 4]** |

On January 6, 2022, this Court issued an order dismissing the complaint with leave to amend pursuant to 29 U.S.C. §1915(e)(2), and gave Plaintiff 45 days to file a First Amended Complaint. [Doc. No. 3 at 11.]  On January 7, 2022, Plaintiff filed a request that the Clerk issue a summons.  [Doc. No. 4.]  Given that there is currently no operative complaint, the request for summons is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: January 14, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge