UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY L. HAMILTON,<br><br>                            Plaintiff,<br>v.<br>AMIR MOHAMED,<br><br>                           Defendant. | Case No.: 3:21-cv-02032-CAB-AHG<br><br>**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**<br><br>**[ECF No. 76]** |

    Before the Court is Plaintiff's Motion for Extension of Time for 60 Days Beyond August 1, 2023 Cut-Off Date for Discovery (ECF No. 76) ("Plaintiff's Motion"), and Defendant's Non-Opposition to Plaintiff's Motion to Continue Discovery Cut-Off (ECF No. 77), in which Defendant states his non-opposition to Plaintiff's request to continue the discovery cutoff in this action by 60 days, and further requests that the Court continue all other case deadlines by 60 days.

    Upon consultation with the presiding District Judge in this matter, the Hon. Cathy Ann Bencivengo, and good cause appearing, the Court **GRANTS** Plaintiff's Motion and Defendant's related request. The Scheduling Order and briefing schedule deadlines for the parties' cross-motions for summary judgment are **AMENDED** as follows:

1. All **fact and expert** discovery shall be completed by all parties by **September 29, 2023**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel and any party proceeding *pro se* shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.** The Court expects the parties to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel for **Defendants** must email chambers at efile_goddard@casd.uscourts.gov no later than 45 days after the date of service of the written discovery response that is in dispute, seeking a telephonic conference with the Court to discuss the discovery dispute. The email must include: (1) a neutral statement of the dispute, and (2) one sentence describing (not arguing) each party's position. The Court will then schedule a telephonic conference. **No discovery motion may be filed until the Court has conducted its pre-motion telephonic conference, unless the movant has obtained leave of Court.** All parties are ordered to read and to fully comply with the Chambers Rules of Magistrate Judge Allison H. Goddard (previously mailed to Plaintiff at his address of record).

2. All other pretrial motions must be filed by **October 20, 2023**. As noted in the Court's previous Scheduling Order (ECF No. 72), Plaintiff previously filed a Response to Defendant's Answer (ECF No. 70), in which he requested that the Court grant summary judgment pursuant Fed. R. Civ. P. 56. *See id.* at 7-10. While not properly formatted or noticed as a summary judgment motion, the Court construes the filing as a Motion for Summary Judgment and sets the following briefing schedule to govern both Plaintiff's Motion for Summary Judgment **as well as any cross-motion for summary judgment that**

**may be filed by Defendant**:[1]

    a. Defendant may file and serve any cross-motion for summary judgment, and Plaintiff may file and serve any supplement to his pending motion for summary judgment (ECF No. 70), by **October 20, 2023**.

    b. Any Opposition to any motion for summary judgment must be filed and served on the moving party no later than **November 7, 2023**.

    c. Any Reply in support of any motion for summary judgment must be filed and served on the non-moving party no later than **November 21, 2023**.

    d. Judge Bencivengo will take any summary judgment motions under submission and will notify the parties if oral argument is required.

The Court will set further dates and deadlines in the case schedule as necessary following resolution of the summary judgment motion(s).

**IT IS SO ORDERED.**

Dated:  July 27, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

[1] If Defendant files a motion for summary judgment in the future, the Court will issue an additional order at that time reiterating this briefing schedule and providing Plaintiff further guidance regarding how to oppose the motion pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (en banc) and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988).